1

2                                              JS-6

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11                        WESTERN DIVISION

                                                )
12   MULTICRAFT IMPORTS, INC.,                   )   Case No.: CV 16-3975-DMG (KSx)
      a Canadian Corporation; and               )
13   DOES 21 THROUGH 40, inclusive,             )   **ORDER OF DISMISSAL WITH**
                                                )   **PREJUDICE [196]**
14                                              )
15            Plaintiff/Counterdefendants,       )
                                                )
16   vs.                                         )
                                                )
17                                              )
     MARIPOSA USA, INC., a California            )
18   corporation; ANGELS CRAFT, INC., a         )
     California corporation; SANG GYU            )
19   PARK, an individual; BETTER                 )
     PARTNERS, INC., a California                )
20   corporation; BEAUTY PARTNERS,               )
     INC., a California corporation; FINE        )
21                                              )
     PARTNERS, INC., a California                )
22   corporation, and                            )
     DOES 1 THROUGH 20, inclusive,              )
23                                              )
                                                )
24            Defendants/Counterclaimants.  )
25                                              )
26   _____

27

28

                                     1

Pursuant to the parties' Confidential Settlement Agreement and Release dated August 6, 2018 and the Parties' stipulation that all of the Parties' pending claims against each other are to be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1),

IT IS HEREBY ORDERED THAT the Parties' Stipulation of Dismissal With Prejudice is APPROVED and the above-captioned action is dismissed in its entirety with prejudice.  The parties shall bear their own costs incurred.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED:  August 7, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE